# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>BRANDON RICHARD BLEGEN,<br><br>　　　　Defendant. | Case No.: 19-CR-0304(1) (SRN/TNL)<br><br>**DEFENDANT'S MOTION FOR DOWNWARD VARIANCE** |

The Defendant, BRANDON RICHARD BLEGEN, by and through the undersigned counsel, hereby moves the Court pursuant to 18 U.S.C. §3553(a) for a downward variance from the otherwise applicable advisory guidelines range under the United States Sentencing Guidelines to a total sentence of no more than 180 months imprisonment. The grounds for this motion are set forth in defendant's sentencing memorandum.

　　　　　　　　　　　　　　　　Respectfully submitted,

DATED: May 12, 2020　　　　　　GOETZ & ECKLAND P.A.

　　　　　　　　　　　By: *s/Frederick J. Goetz*
　　　　　　　　　　　　　FREDERICK J. GOETZ
　　　　　　　　　　　　　Attorney Registration No. 185425
　　　　　　　　　　　　　Banks Building
　　　　　　　　　　　　　615 1st Avenue NE, Suite 425
　　　　　　　　　　　　　Minneapolis, MN 55413
　　　　　　　　　　　　　(612) 874-1552

　　　　　　　　　　　　　ATTORNEY FOR DEFENDANT