# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

# SENTENCING HEARING

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRANDON RICHARD BLEGEN,<br><br>Defendant. | **COURT MINUTES**<br>BEFORE: Hon. Susan Richard Nelson,<br>United States District Judge<br><br>Case No.: 19-CR-00304(1)(SRN/TNL)<br>Date: August 18, 2020<br>Court Reporter: Carla Bebault<br>Courthouse: St. Paul<br>Courtroom: 7B<br>Time in Court: 1:24 – 2:13 p.m.<br>Total Time: 51 Minutes |

## APPEARANCES:

For Plaintiff: Thomas M. Hollenhorst, Assistant U.S. Attorney

For Defendant: Frederick J. Goetz, ☐ FPD, ☒ CJA, ☐ Retained

Interpreter/Language: None / English

## IT IS ORDERED:

Defendant is sentenced to:

| Count No. | Plea | Verdict | BOP | AG | SR | PROB |
|---|---|---|---|---|---|---|
| 1s | ☒ | ☐ | 168 Months | | 10 Years | |

☒ Special Conditions of: *See J&C for special conditions.*

☒ Defendant sentenced to pay:
    ☐ Restitution: _____.
    ☒ Special assessment in the amount of $ 100.00.
    ☐ JVTA assessment in the amount of $ _____.
    ☐ AVAA assessment in the amount of $ _____.

☐ Document No(s). _____ to be unsealed at the time Judgment is entered.
☒ Document Nos. 110, 123, 125, 127 are to remain sealed until August 18, 2040.

☒ The Government's oral Motion to Dismiss Count 3 is ☒ GRANTED ☐ DENIED.

☒ Defendant remanded to the custody of the U.S. Marshal.
☐ Defendant allowed to voluntarily surrender on _____. See J&C for voluntary surrender details.
☐ Defendant released pending voluntary surrender on the same terms and conditions as previously ordered.

 

<u>s/SMD</u>
**Courtroom Deputy**